# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | |
|---|---|
| JOSEF RICKETTS, Individually and for Others Similarly Situated,<br><br>v.<br><br>NV5, LLC | Case No. 2:21-cv-00056 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Joseph Ricketts, and Defendant, NV5, LLC (collectively, the "Parties") hereby file this Joint Notice of Settlement and respectfully show the Court as follows:

1. The Parties have reached a settlement in the above-referenced case and are in the process of finalizing the settlement details, including preparation of dismissal documents.

2. The Parties anticipate that the settlement process, including preparation of dismissal documents, should be completed within the next 30 days, and request the Court to Stay all pending deadlines and proceedings during this time.

Respectfully submitted,

/s/ *Andrew W. Dunlap*
**Michael A Josephson**
Texas State Bar No. 24014780
**Andrew W. Dunlap**
Texas State Bar No. 24078444
**Olivia R. Beale**
Texas State Bar No. 24122166
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza
Houston, Texas 77046
713.352.1100 (Telephone)
713.352.3300 (Fax)
mjosephson@mybackwages.com
adunlap@mybackwages.com
obeale@mybackwages.com

/s/ *Marla N. Presley*
**Marla N. Presley, Esq.**
WV I.D. No. 9771
Marla.presley@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 232-0404
(412) 232-3441 (facsimile)

AND

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

AND

**Anthony J. Majestro (WVSB 5165)**
**James S. Nelson (WVSB 10776)**
**POWELL & MAJESTRO PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 – Telephone
304-346-2895 – Facsimile

*Counsel for Plaintiff*

AND

**Veronica Hunter**
TX Bar No. 24122525
veronica.hunter@jacsonlewis.com
(*pro hac vice*)
717 Texas Avenue, Suite 1700
Houston, TX 77002
(713) 650-0404
(713) 650-0405 (facsimile)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I electronically filed the document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**