**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| JOSEF RICKETTS, Individually and for Others Similarly Situated,<br><br>v.<br><br>NV5, LLC | Case No. 2:21-cv-00056 |

**ORDER GRANTING RULE 41
STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiff and Defendant's stipulation of dismissal of all claims against NV5, LLC with prejudice. Accordingly, this action is hereby dismissed with prejudice. Plaintiff and Defendant are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this  25th   day of  July                , 2022.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE